# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SETTLEMENT CONFERENCE MINUTES

---

| | |
|---|---|
| Damareion McKizzie, | **COURT MINUTES** |
| | BEFORE: David T. Schultz |
| Plaintiff, | United States Magistrate Judge |
| | |
| v. | Case No.   21-cv-2265 (KMM/DTS) |
| | Date:   March 4, 2022 |
| City of Minneapolis, et al., | Location:   Courtroom 9E |
| | Time Commenced: 9:00 a.m. |
| Defendants. | Time Concluded:   2:30 p.m. |
| | Total Time:   5 hrs. 30 min. |

---

APPEARANCES:

    For Plaintiff:   Charlie Alden

    For Defendant:  Brian Carter

PROCEEDINGS:

    ___   No settlement reached.

    _X_   Binding settlement reached.

Date: March 4, 2022                                     s/TJB_____
                                                                                  Courtroom Deputy